Leonard Steiner (CA Bar #135272)
ls@steinerlibo.com
STEINER & LIBO, Professional Corporation
433 N. Camden Drive, Suite 730
Beverly Hills, CA 90210
Phone: 310-273-7778
Fax: 310-273-7679
**Local Counsel for**
**Defendants/Counter-Claimants/Third Party Plaintiffs**

Eric M. Fogel (*pro hac vice*)
Jeffrey M. Glass (*pro hac vice*)
Jennifer E. Lacroix (*pro hac vice*)
efogel@salawus.com
jglass@salawus.com
jlacroix@salawus.com
SMITHAMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
Phone: 312-894-3200
Fax: 312-894-3210
**Attorneys for**
**Defendants/Counter-Claimants/Third Party Plaintiffs**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELT SIGHT, INC. and ELLIOT FRIEDMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>EYELIGHT, INC., and MICHAEL S. BERLIN,<br><br>    Defendants.<br>_____ | CASE NO. 2:19-cv-05545-JAK-RAO<br><br>**DECLARATION OF JENNIFER LACROIX IN SUPPORT OF DEFENDANTS/COUNTER-CLAIMANTS/THIRD PARTY PLAINTIFFS' EX PARTE APPLICATION FOR ORDER COMPELLING PRODUCTION OF FDA DOCUMENTS** |

| | |
|---|---|
| MICHAEL S. BERLIN, M.D.; and EYELIGHT, INC., a California Corporation, | )<br>)<br>)<br>) |
| Counter-Claimants/<br>Third-Party Plaintiffs, | )<br>)<br>) |
| vs. | )<br>) |
| ELLIOT FRIEDMAN; QI JIAN FUNDS, LTD., a Foreign Corporation; ELT SIGHT, INC., a Delaware Corporation; MLASE AG, a German Limited Company; JOHANNES JUNGER; MARKUS ENDERS; and AXEL WERBACH. | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Counter-Defendants/<br>Third-Party Defendants. | )<br>)<br>) |

I, Jennifer Lacroix, hereby declare and state as follows:

1. I am an attorney licensed to practice law in the State of Illinois, and I am a partner at the law firm of SmithAmundsen LLC. I have personal knowledge of the facts stated herein, except where stated otherwise, and if called upon as a witness, I could and would testify competently thereto.

2. Pursuant to L.R. 7-19, I submit this declaration in support of EyeLight, Inc. and Michael Berlin's Ex Parte Application for Order Compelling Production of FDA Documents ("Ex Parte Application").

3. On October 25, 2019, I notified counsel for Plaintiffs ELT Sight, Inc. and Elliot Freidman, by telephone *and* email, of the Ex Parte Application and that opposing papers must be filed no later than 24 hours (or one court day) following service pursuant to Judge Kronstadt's Standing Order [Dkt No. 11].

1  I declare under penalty of perjury that the foregoing is true and correct.

3  Executed this 25th day of October, 2019 at Chicago, Illinois.

/Jennifer Lacroix/
Jennifer Lacroix