Leonard Steiner (CA Bar #135272)
ls@steinerlibo.com
STEINER & LIBO, Professional Corporation
433 N. Camden Drive, Suite 730
Beverly Hills, CA 90210
Phone: 310-273-7778
Fax: 310-273-7679
**Local Counsel for
Defendants/Counter-Claimants/Third Party Plaintiffs**

Eric M. Fogel (*pro hac vice*)
Jeffrey M. Glass (*pro hac vice*)
Jennifer E. Lacroix (*pro hac vice*)
efogel@salawus.com
jglass@salawus.com
jlacroix@salawus.com
SMITHAMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
Phone: 312-894-3200
Fax: 312-894-3210
**Attorneys for
Defendants/Counter-Claimants/Third Party Plaintiffs**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELT SIGHT, INC. and ELLIOT FRIEDMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> EYELIGHT, INC., and MICHAEL S. BERLIN, <br><br> Defendants. | CASE NO. 2:19-cv-05545-JAK-RAO <br><br> **DECLARATION OF JENNIFER LACROIX IN SUPPORT OF *EX PARTE* APPLICATION FOR ACCEPTANCE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

|   |   |
|---|---|
| MICHAEL S. BERLIN, M.D.; and EYELIGHT, INC., a California Corporation, | ) ) ) ) |
| Counter-Claimants/ Third-Party Plaintiffs, | ) ) ) ) |
| vs. | ) ) |
| ELLIOT FRIEDMAN; QI JIAN FUNDS, LTD., a Foreign Corporation; ELT SIGHT, INC., a Delaware Corporation; MLASE AG, a German Limited Company; JOHANNES JUNGER; MARKUS ENDERS; and AXEL WERBACH. | ) ) ) ) ) ) ) ) ) |
| Counter-Defendants/ Third-Party Defendants. | ) ) ) ) |

I, Jennifer Lacroix, hereby declare and state as follows:

1. I am an attorney licensed to practice law in the State of Illinois, and I am a partner at the law firm of SmithAmundsen LLC. I have personal knowledge of the facts stated herein, except where stated otherwise, and if called upon as a witness, I could and would testify competently thereto.

2. Pursuant to L.R. 7-19, I submit this declaration in support of EyeLight, Inc. and Michael Berlin's *Ex Parte* Application for Acceptance of Supplemental Evidence in Support of Motion for Preliminary Injunction ("Ex Parte Application").

3. Defendants/Counter-Claimants/Third Party Plaintiffs Michael S. Berlin, M.D., and EyeLight, Inc. (collectively "Movants") have filed a Motion for Preliminary Injunction, which has been fully briefed and is set for hearing on November 4, 2019.

4. The Opposition to the Motion for Preliminary Injunction (the "Opposition") filed by Plaintiffs/Counter-Defendants Elliot Freidman and ELT Sight, Inc. ("Respondents"), filed on October 10, 2019, included arguments that MLASE AG did not have any confidentiality agreement with Movants. For example, the Opposition included a Declaration of Johannes Junger, dated October 9, 2019 (the "Junger Decl."), which states that "At no time did I or the companies I worked for enter into any confidentiality agreement or non-disclosure agreement with EyeLight or Berlin…." (Junger Delc. at ¶5).

5. On October 14, 2019, counsel for Movants sent a letter to counsel for Respondents requesting to depose Junger. (Exhibit A). On October 16, 2019, counsel for Respondents responded, indicating that they do not intend to call Junger as a witness and that he is not subject to Local Rule 7-8 (Exhibit B). Movants have thus been deprived of an opportunity cross-examine Junger.

6. Upon further investigation, Dr. Berlin was able to locate a Non-Disclosure Agreement between EyeLight, Inc. and MLase AG, executed on November 9, 2008. However, Dr. Berlin did not locate the document until after the Reply in Support of the Preliminary Injunction had already been filed.

7. The Non-Disclosure Agreement between EyeLight and MLase was produced to counsel for Respondents on the morning of October 28, 2019, along with notification of intent to file this *Ex Parte* Application and a request as to whether Respondents would oppose (*see* 10/28/2019 Lacroix Decl. at ¶7 and Exhibit C thereto). By the time of filing, counsel for Respondents had not responded.

8. On October 28, 2019, I notified counsel for Plaintiffs ELT Sight, Inc. and Elliot Freidman, by telephone *and* email, of the Ex Parte Application and that opposing papers must be filed no later than 24 hours (or one court day) following service pursuant to Judge Kronstadt's Standing Order [Dkt No. 11]. I attached a copy of the Ex Parte Application to the e-mail notification.

1    I declare under penalty of perjury that the foregoing is true and correct.

3    Executed this 28th day of October, 2019 at Chicago, Illinois.

/s/ Jennifer Lacroix
Jennifer Lacroix